September 23, 2023

Judge Darrow
Federal Courthouse
Peoria, IL

RE: Aaron Ruthey
District Court Case No 22-40023

Dear Judge Darrow

My name is Kathryn Rainey, I'm Aaron's mother.

Aaron was raised to be a respectful, kind, loving, patient young man. He was a straight A student his entire academic career. Aaron was an important part of helping me raise his younger sister, Amy, as I went through a divorce when he was 8. I moved away from the QC to NW Indiana, where I married and we provided a loving family life in a good home and schools. Married now 32 years and still in NW Indiana. Aaron has a brother through this marriage, Zak is 31.

Aaron was involved in baseball, football and basketball starting at age 9. My husband helped coach his teams.

We attended United Methodist church weekly and Aaron was involved in the youth group.

Aaron chose to move in with his father back in Moline when he was 15. He attended Alleman HS, where he was quarterback for the football team. We attended his high school basketball and football games and we maintained a good relationship during this time.

Aaron attended Palmer School of Chiropractic and graduated with a Doctorate in Chiropractic. He had offers to leave the QC for jobs in his field but he didn't want to leave the area, as he has a 12 year old son in Port Byron. The QC is saturated with chiropractic doctors which made it difficult to find the meaningful, gainful work he was meant to do.

Aaron is caring, funny, loving and smart. He's a father, son, brother, uncle and nephew.
I continue to have contact with Aaron often through the texting system at Knox County.
I send him books weekly and I send pictures of his son, which he tells me hurts his heart, but he needs to see them and continue to send.

I pray you will be able to see these qualities in Aaron as you make the difficult decision you are in the position to make.

I love my son with all my heart, that's what moms do. Aaron lost his way somehow, and I pray for his life to turn around and that he has the opportunity to become a better person moving forward.

Yours very truly

*Kathryn Rainey*

Kathryn Rainey
1069 Lakeview Drive
Hobart, IN 46342
219-718-7990

Sept. 22, 2023

Judge Darrow,

I am writing a letter on behalf of Aaron Ruthey.

I have known Aaron since his High School years at Alleman H.S., Rock Island, IL. Aaron continued his education becoming a Chiropractor.

Aaron is a very caring and thoughtful person. Aaron has kept in touch with my family over the years. The calls to check-in with me, the Birthday wishes or just, "How are you"? Aaron never forgot me.

Aaron's supporting family, son, friends and myself know Aaron is a loving person.

Sincerely,
Kathy Lockheart