I've been around Aaron Ruthey throughout my younger years as a cousin, My uncles son, my grandfathers grandchild. When I became a teenager I knew him as an asshole. He was a significant pain in my ass. I was 17 and I hated him with my entire being. The reason for this was because we both lived at my grandparents house together and both fought for their attention. I win this battle time and time again because I was and have always been the golden grandchild. Anyhow this prompted me to dislike Aaron in every way possible. unfortunately both of us ended up living there because at that time in our lives we had both messed up. He was fresh out of a job and I was not a fan of my mother. We weren't gettin along at all mainly because of her new boyfriend. Regardless through this battle for our grandparents affection we inevitably became adversaries. We both moved out and onto bigger and better things. I moved up to running a used car dealership, Aaron came into his own at John deere harvester works. This is the time that Aaron and I went from rivaling cousins to actual friends. From then on we embraced each other and learned that our similarities were immense. We found out that Our friend groups are intertwined. Our interests and values that we cherish so greatly as Ruthey's are in alignment. The things we have both learned from our grandfather are the number one thing that we think about on a daily basis. His guidance was a strong hold for the both of us as we grew up. It was peculiar to me that I had become so close to someone I once held as my complete and utter enemy.

Since those days Aaron Ruthey and I have built the strongest of bonds. A man that I won't make a decision without his input, a man that inspires me to be the best I can be, a man who will listen to me and tell me when I'm wrong, a man who is genuine, intelligent, strong willed, and who's most Importantly honest not only to his family but to everyone he encounters. There are so many people that believe in Aaron Ruthey, people that know his true potential. I'm one of those people and I'm writing this letter on behave of myself and all of his supporters that love him to the moon and back because he's touched each and every one of our lives in a significant way.

Aaron Ruthey may not have made the best decisions in life, the charges and allegations before you today are not anything to stand behind. Your honor I do believe without a doubt in my mind that the intelligence and forethought of my cousin Aaron Ruthey were significantly skewed on the days leading up to his arrest.

You have a very difficult decision to make today your honor. A decision 99% of people wouldn't want to be responsible for making.

I love my cousin Aaron Ruthey, with all my heart. Thank you for reading my letter today.

Anthony Noah Ruthey

Your Honor,

Aaron Ruthey is my nephew. I love him very much.

He is a father, brother, cousin, uncle, son, grandson and a wonderful man.

I was there when he was born and throughout his life.

I watched him play basketball, Football as the Quarterback of the team and a great leader

I Saw him Graduate from Palmer Chiropractic College

And Celebrated the Birth of his son.

I am a Pancreatic Cancer Survivor for 9 years and he was there for me and my recovery.

We are truly Blessed to have him in our family.

I need him in my life and he needs us.

I love him very much

Thank You

Mindee Ruthey

*hello*

Aaron Ruthey is my Grand
Son, and was very much
apart of our lives until his
parents devorce when he
was 5 yrs. old and was moved
To Indeana with his mom and
sister. His father had the
children every other wk-end
Til Aaron turned 13. He then
came To live with his Dad
here in Quad Cities, Attend
catholic high school. quarter
back in foot ball and forward
in Basket ball. He made good
grades in school. Went To Jr
College played B Ball there
and onto Palmer Chiropratic
College in Davenport, Ia

hello

Because of finances, it took
Xtra yrs. To complete that
schooling. After graduation
he fathered a Baby Boy, but
the relationship was broken
off after a yr's. He was also
paying child support buy
working at John Deere and
Trying to pay off student loan
and wanting to save for
his Chird license with
the state. He lived with his
Grandfather and I for 3 years.
while doing this. Observed
his fathering skills every
other weekend. He dearly
loves his son and has good
fatherly instincts!